UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEN P. WILLIAMS,

    Plaintiff,

v.	Case No. 6:07-cv-142-Orl-28DAB

LIEUTENANT REX, et al.,

    Defendants.
_____

**ORDER**

This case is before the Court on the following matters:

1.    Plaintiff's Motion for Appointment of Counsel (Doc. No. 23, filed May 30, 2007) is **DENIED**. A civil litigant, including a prisoner proceeding *pro se*, has no absolute constitutional right to the appointment of counsel. *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987). Instead, appointment of counsel is a privilege which is justified only by exceptional circumstances, such as when the facts and legal issues are so novel or complex as to require the assistance of counsel. *Id*. In the present case, the Court has considered the type and nature of the case, its complexity, and Plaintiff's ability to prosecute his claim. The Court determines that there are no exceptional circumstances, such as novel or complex facts and legal issues, in this action necessitating the appointment of counsel. *See Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). This is not a complex case and does not raise any new or novel legal issues or facts. Further, from the pleadings filed in this case,

Plaintiff has shown he is capable of prosecuting this action on his own and litigating this action *pro se*.

2. Plaintiff has been unable to obtain service on Defendant Officer Frederick. Plaintiff is advised that Rule 4(m) of the Federal Rules of Civil Procedure requires service to be effectuated on the defendants within 120 days from the filing of the complaint. If Plaintiff fails to do so, the Court may dismiss any unserved defendants from the case without prejudice for failure to diligently prosecute pursuant to Rule 4(m). To aid in this process, Plaintiff may use the discovery procedures set forth in the Federal Rules of Civil Procedure.

Plaintiff is hereby **ORDERED** to show cause, within **TWENTY (20) DAYS** from the date of this Order, why the complaint against Defendant Officer Frederick should not be dismissed without prejudice for failure to diligently prosecute pursuant to Rule 4(m). **Plaintiff is advised that the failure to comply with the provisions of this Order will result in dismissal of Defendant Officer Frederick from this case without further notice**.

**DONE AND ORDERED** at Orlando, Florida, this 25th day of June, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 6/25
Ken P. Williams
Counsel of Record